**Dismissed and Memorandum Opinion filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00314-CV

_____

**MAREESHA DAVIS, Appellant**

**V.**

**EQUABLE ASCENT FINANCIAL, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 993236**

## MEMORANDUM OPINION

This is an attempted appeal from the denial of a no-evidence motion for summary judgment. Absent certain exceptions that do not apply here, an appellate court does not have jurisdiction to hear denied motions for summary judgment. *Ackermann v. Vordenbaum*, 403 S.W.2d 362, 365 (Tex.1966); *William Marsh Rice Univ. v. Coleman*, 291 S.W.3d 43, 45 (Tex. App.—Houston [14th Dist.] 2009, pet. dism'd); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014.

On April 27, 2012, the court notified the parties of its intent to dismiss the appeal for lack of appellate jurisdiction unless any party filed a response within ten days of the date of the letter demonstrating jurisdiction. Appellant's response does not demonstrate that the court has jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.